James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, 5th Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>GIGGEY'S MOBILE WELDING SERVICE, INC., a California corporation; and RUSSELL EDMOND GIGGEY, an Individual,<br><br>Defendants. | Case No.:   C-05-03186 SBA<br><br>**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ORDER** |

Now come the plaintiffs, hereinabove named, and request that the within action be dismissed, without prejudice.

1  Defendants have not appeared in the action, and are therefore not required to sign the
2  consent for dismissal.
3
4  DATED: December 5, 2005                             STANTON, KAY & WATSON, LLP
5
6                                                     By_____
7                                                           James P. Watson
   
                                                      Attorneys for Plaintiffs
8

9  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10                                          **ORDER**

11  Pursuant to the aforesaid request, it is hereby ORDERED that this case be DISMISSED,
12  WITHOUT PREJUDICE.
13
14  Dated: 12/6/05 _____
                                                      *Saundra B. Armstrong*
15                                                    HON. SAUNDRA BROWN ARMSTRONG
                                                      UNITED STATES DISTRICT JUDGE
16
17
18  F:\CASES\30\32.177 Giggey's Mobile Welding\PLEADINGS\REQUEST FOR ENTRY OF DEFAULT.doc
19
20
21
22
23
24
25
26
27
28

- 2 -
**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE
AND [PROPOSED] ORDER [CASE NO. C-05-03186 SBA]**

# **PROOF OF SERVICE**

CASE NAME:       *John Bonilla, et al. v. Giggey's Mobile Welding Service, Inc., et al.*
CASE NUMBER:  *United States District Court, Northern District of California
                            No. C-05-03186 SBA*

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On December 5, 2005, I served the following document(s) described as:

**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

on the following party/parties:

| | |
|---|---|
| Giggey's Mobile Welding Service, Inc.<br>5096 Melissa Lane<br>Vacaville, CA  95688-9676<br>Telephone:  (707) 693-8696 | Russell Edmond Giggey<br>5096 Melissa Lane<br>Vacaville, CA  95688-9676<br>Telephone:  (707) 693-8696 |

__X__   (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & Watson's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

_____   (BY PERSONAL SERVICE)

_____   By personally delivery copies to the person served.

_____   I delivered such envelope by hand to the offices of the addressee pursuant to C.C.P. § 1011.

_____   I caused such envelope to be delivered by hand to the office of the addressee.

_____   (BY FACSIMILE)

_____   on the party(ies) named below in this action by sending via facsimile to the telephone facsimile number shown below, a true copy thereof following ordinary business practices. After transmission of the document, the facsimile machine indicated the document as having been sent complete and without error. The transmission report was properly issued by the transmitting machine and the original transmission report is attached to the original proof of service.

///

- 3 -
**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE
AND [PROPOSED] ORDER [CASE NO. C-05-03186 SBA]**

1     \_\_\_\_ (COURIER SERVICE)

2     \_\_\_\_ by placing a true copy thereof enclosed in a sealed envelope, with delivery fees provided for, for pick up at this office and overnight delivery by Golden State Overnight courier service.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on December 5, 2005 at San Francisco, California.

                                                                                                                      Carol M. Christensen

- 4 -
**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER [CASE NO. C-05-03186 SBA]**